UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

U2 HOME ENTERTAINMENT, INC.,

                  Plaintiff,

-v-

WEI PING YUAN, a/k/a WEI PING YUEN, HUNG MUI YUEN, a/k/a HUNG MUI YUAN, YEE MUI LEE, SHUEMAN WONG, SHUEYIN WONG, CHUN HIU LAM, CHI TING CHAN, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and THE HEMISPHERE NATIONAL BANK, n/k/a REPUBLIC FEDERAL BANK,

                  Defendants.

------------------------------------------------------------------X

07 CIV. 6013 (DLC) (MHD)*

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-07

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____ Specific Non-Dispositive Motion/Dispute*

_____

_____

_____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_____ Settlement*

_____ Inquest After Default/Damages Hearing

_____ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose: _____

_____ Habeas Corpus

_____ Social Security

_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

\* Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:   New York, New York
           July 9, 2007

_____
DENISE COTE
United States District Judge