```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
U2 HOME ENTERTAINMENT, INC.,         :
                                     :     07 CIV. 6013 (DLC)
                    Plaintiff,       :
          -v-                        :     PRETRIAL
                                     :     SCHEDULING ORDER
WEI PING YUAN, a/k/a WEI PING YUEN,  :
HUNG MUI YUEN, a/k/a HUNG MUI YUAN, YEE :
MUI LEE, SHUEMAN WONG, SHUEYIN WONG, :
CHUN HIU LAM, CHI TING CHAN, MORTGAGE:
ELECTRONIC REGISTRATION SYSTEMS, INC.,:
and THE HEMISPHERE NATIONAL BANK, n/k/a :
REPUBLIC FEDERAL BANK,               :
                                     :
                    Defendants.      :
                                     :
-------------------------------------X
```

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7-9-07]

DENISE COTE, District Judge:

ORDERED that the above-captioned case is referred to Magistrate Judge Dolinger for general pretrial purposes. All correspondence shall be made to Magistrate Judge Dolinger.

SO ORDERED:

Dated:    New York, New York
          July 9, 2007

                                   _____
                                             DENISE COTE
                                   United States District Judge