UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
U2 HOME ENTERTAINMENT, INC.,

              Plaintiff,

     v.

WEI PING YUAN a/k/a WEI PING YUEN,
HUNG MUI YUEN a/k/a HUNG MUI YUAN,
YEE MUI LEE, SHUEMAN WONG,
SHUEYIN WONG, CHUN HIU LAM,
CHI TING CHAN, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., and THE
HEMISPHERE NATIONAL BANK n/k/a
REPUBLIC FEDERAL BANK,

              Defendants.
---------------------------------------------------------------X

**Case No. 07-CV-6013**

**Rule 7.1 Statement**

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Wei Ping Yuan (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

     NONE

Dated: Brooklyn, New York
       July 24, 2007

                                          _____/s/_____
                                          By: Richard A. Klass, Esq. RK-9477
                                          Attorney for Defendant Wei Ping Yuan
                                          16 Court Street, 29th Floor
                                          Brooklyn NY  11241
                                          718-643-6063