UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
U2 HOME ENTERTAINMENT, INC., :
:
                      Plaintiff, :    **Case No. 07-CV-6013**
:
     v. :
:    **Rule 7.1**
WEI PING YUAN a/k/a WEI PING YUEN, :    <u>**Statement**</u>
HUNG MUI YUEN a/k/a HUNG MUI YUAN, :
YEE MUI LEE, SHUEMAN WONG, :
SHUEYIN WONG, CHUN HIU LAM, :
CHI TING CHAN, MORTGAGE ELECTRONIC :
REGISTRATION SYSTEMS, INC., and THE :
HEMISPHERE NATIONAL BANK n/k/a :
REPUBLIC FEDERAL BANK, :
:
                      Defendants. :
----------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Hung Mui Yuen and Yee Mui Lee (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    NONE

Dated: Brooklyn, New York
       August 7, 2007

                                        _____/s/_____
                                        By: Steven D. Cohn, Esq.
                                        Goldberg & Cohn LLP
                                        Attorney for Defendants Hung Mui Yuen
                                        and Yee Mui Lee
                                        16 Court Street, Suite 2304
                                        Brooklyn NY  11241
                                        718-875-2400