UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X          07 CV 6013 (DLC)
U2 HOME ENTERTAINMENT, INC.,

                             Plaintiff,

   - against -

                                    AFFIRMATION OF SERVICE

WEI PING YUAN a/k/a WEI PING YUEN,
HUNG MUI YUEN a//a HUNG MUI YUAN,
YEE MUI LEE, SHUEMAN WONG, SHUEYIN
WONG, CHUN HIU LAM, CHI TING CHANG,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. and THE HEMISPHERE NATIONAL
BANK n/k/a REPUBLIC FEDERAL BANK,

                            Defendants.
-----------------------------------------------X

STATE OF NEW YORK    )
                                ss.:
COUNTY OF KINGS     )

      Richard A. Klass, Esq., an attorney duly admitted to practice in the courts of the State of New York, affirms the following to be true under penalties of perjury and says that:

      1.      That deponent is not a party to this action.
      2.      That deponent is over the age of 18 years.
      3.      That deponent resides in New York, New York.
      4.      That on August 7, 2007, deponent served the within Answer upon the below parties:

Affidavit of Service by mail  X  at the address designated by said attorney for that purpose by depositing a true copy of same in a post-paid, properly-addressed wrapper, in a post-office/official depository under the exclusive care and custody of the US Postal Service within the State of New York.

Overnight Delivery  by depositing a true copy thereof, enclosed in a wrapper addressed as shown below, into the custody of United Parcel Service for overnight delivery, prior to the latest time designated by that service for overnight delivery.

Address:
Tarter Krinsky & Drogin LLP, Attn: Edward R. Finkelstein, Esq., Attorneys for Plaintiff, 470 Park Avenue South, New York NY 10016
Goldberg & Cohn LLP, Attn: Steven D. Cohn, Esq., Attorneys for Defendants Hung Mui Yuen and Yee Mui Lee, 16 Court Street, Suite 2304, Brooklyn NY 11241

Affirmed: this 7th day                                      _____/s/_____
of August, 2007                                                RICHARD A. KLASS, ESQ.