## CERTIFICATE OF ELECTRONIC SERVICE & FIRST CLASS MAIL

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing **Answer** to be served upon the following via First Class Mail and electronic service, on this 19th day of September, 2007:

Edward R. Finkelstein, Esq.
Tarter, Krinksy & Drogin, LLP
Attorney for Plaintiff
**U2 HOME ENTERTAINMENT, INC.**
1350 Broadway
New York, New York 10018
Tel.: (212) 216-8000
efinkelstein@tarterkrinsky.com

Richard A. Klass, Esq.
Attorney for Defendant
**Wei Ping Yuan**
16 Court Street, 29th Floor
Brooklyn, New York 11241
Tel.: 643-6063
richklass@courtstreetlaw.com

_____/s/_____
Steven D. Cohn, Esq. (SC-3855)
Goldberg & Cohn, LLP
Attorney for Defendants
Hung Mui Yuen & Yee Mui Yuen
16 Court Street, Suite 2304
Brooklyn, New York 11241
718-875-2400