UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
U2 HOME ENTERTAINMENT, INC.,

        Plaintiff,     Case No. 07-CV-6013

   v.
                 **WAIVER OF**
WEI PING YUAN a/k/a WEI PING YUEN,  **SERVICE OF SUMMONS**
HUNG MUI YUEN a/k/a HUNG MUI YUAN,
YEE MUI LEE, SHUEMAN WONG,
SHUEYIN WONG, CHUN HIU LAM,
CHI TING CHAN, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., and THE
HEMISPHERE NATIONAL BANK n/k/a
REPUBLIC FEDERAL BANK,

        Defendants.
----------------------------------------------------------X

TO: Tarter Krinsky & Drogin, LLP
   1350 Broadway – 11th Floor
   New York, New York 10018
   Attn: Edward R. Finkelstein, Esq.

   On behalf of Defendant THE HEMISPHERE NATIONAL BANK n/k/a REPUBLIC FEDERAL BANK we acknowledge receipt of your request that they waive service of a summons in the above-referenced action. We have also received a copy of the complaint in the action, and two copies of this waiver and a means by which I can return the signed waiver to you without cost to us. On behalf of Defendant, we agree to save the cost of service of a summons and an additional copy of the complaint in the above-referenced action by not requiring that Defendant be served with judicial process in the manner provided by Rule 4.

   Defendant will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   It is understood that a judgment may be entered against Defendant if an answer or motion under Rule 12 is not served upon you within 60 days after the date of the request.
Dated: Miami, Florida
   October _1_, 2007

                  By: RAJDEEP SINGH JOLLY, ESQ.
                     REPUBLIC FEDERAL BANK N.A.

{Client\002237\L730\00090135.DOC;1}