UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
U2 HOME ENTERTAINMENT, INC.,                    Case No. 07-CV-6013 (DLC) (MHD)

               Plaintiff,               **RULE 7.1 DISCLOSURE**

                                   **STATEMENT**

      - vs. -

WEI PING YUAN a/k/a WEI PING YUEN, HUNG
MUI YUEN a/k/a HUNG MUI YUAN, YEE MUI
LEE, SHUEMAN WONG, CHUN HIU LAM, CHI
TING CHAN, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. and THE
HEMISPHERE NATIONAL BANK n/k/a
REPUBLIC FEDERAL BANK,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant THE HEMISPHERE NATIONAL BANK n/k/a REPUBLIC FEDERAL BANK certifies that said party is not a publicly held corporation, and that it has no publicly held corporate parents, affiliates or subsidiaries.

Dated: November 9, 2007

                                                    Respectfully submitted,

                                                    s/ DMR_____
                                                    Robert Gutman (RG-6209)
                                                    D. Michael Roberts (DR-5243)
                                                    SANDERS, GUTMAN & BRODIE, P.C.
                                                      Attorneys for Defendant THE
                                                          HEMISPHERE NATIONAL BANK
                                                            n/k/a REPUBLIC FEDERAL BANK
                                                    26 Court Street, Suite 1005
                                                    Brooklyn, New York  11242
                                                    Tel. (718) 522-0666