**CERTIFICATE OF SERVICE**

I, D. MICHAEL ROBERTS, hereby certify that a true and correct copy of the Answer of Defendant THE HEMISPHERE NATIONAL BANK n/k/a REPUBLIC FEDERAL BANK was served on November 9, 2007 by regular First Class Mail upon the following counsel of record:

TARTER KRINSKY & DROGIN LLP
Attorneys for Plaintiff
1350 Broadway
New York, New York  10018

RICHARD A. KLASS, ESQ.
Attorney for Defendant WEI PING YUAN
16 Court Street, 29th Floor
Brooklyn, New York  11241

GOLDBERG & COHN, LLP
Attorneys for Defendants HUNG MUI YUEN a/k/a HUNG MUI YUAN and
        YEE MUI LEE
16 Court Street, Suite 2304
Brooklyn, New York  11241

Dated: Brooklyn, New York
       November 9, 2007

                                                      s/ DMR_____
                                                      D. Michael Roberts