UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: TARTER, KRINSKY & DROGIN, LLP**

U2 HOME ENTERTAINMENT, INC.

                                               Plaintiff(s)

                 - against -

WEI PING YUAN A/K/A WEI PING YUEN, ETAL

                                               Defendant(s)

Index # 07 CV 6013 (COTE)

Purchased July 24, 2007

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JOEL RIOS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 22, 2007 at 07:30 PM at

2116 W. 10TH ST.
PRIVATE HOUSE
BROOKLYN, NY 11223

deponent served the within SUMMONS & COMPLAINT & 2 NOTICE OF PENDENCIES; RULE 7.1 STATEMENT; PRETRIAL SCHEDULING ORDER; ORDER OF REFERENCE TO A MAGISTRATE * on SHUEMAN WONG therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to "JOHN SMITH" a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. He identified himself as the CO-TENANT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | BLACK | 45 | 5'5 | 140 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

2116 W. 10TH ST.
BROOKLYN, NY 11223

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 26, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE**    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

* JUDGE

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: October 26, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

JOEL RIOS
License #: 1266905

Invoice #: 448942

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: TARTER, KRINSKY & DROGIN, LLP**

---

U2 HOME ENTERTAINMENT, INC.

                                                                         Plaintiff(s)

                  - against -

WEI PING YUAN A/K/A WEI PING YUEN, ETAL

                                                                          Defendant(s)

Index # 07 CV 6013 (COTE)

Purchased July 24, 2007

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JOEL RIOS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 22, 2007 at 07:30 PM at

2116 W. 10TH ST.
PRIVATE HOUSE
BROOKLYN, NY 11223

deponent served the within SUMMONS & COMPLAINT & 2 NOTICE OF PENDENCIES; RULE 7.1 STATEMENT; PRETRIAL SCHEDULING ORDER; ORDER OF REFERENCE TO A MAGISTRATE * on SHUEMAN WONG therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to "JOHN SMITH" a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. He identified himself as the CO-TENANT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | BLACK | 45 | 5'5 | 140 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

2116 W. 10TH ST.
BROOKLYN, NY 11223

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 26, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE**    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

* JUDGE

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: October 26, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

JOEL RIOS
License #: 1266905
Invoice #: 448942

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: TARTER, KRINSKY & DROGIN, LLP**

U2 HOME ENTERTAINMENT, INC.

Plaintiff(s)

- against -

Index # 07 CV 6013 (COTE)

Purchased July 24, 2007

WEI PING YUAN A/K/A WEI PING YUEN, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JOEL RIOS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 22, 2007 at 07:30 PM at

2116 W. 10TH ST.
PRIVATE HOUSE
BROOKLYN, NY 11223

deponent served the within SUMMONS & COMPLAINT & 2 NOTICE OF PENDENCIES; RULE 7.1 STATEMENT; PRETRIAL SCHEDULING ORDER; ORDER OF REFERENCE TO A MAGISTRATE * on SHUEYIN WONG therein named,

**SUITABLE AGE**  by delivering thereat a true copy of each to "JOHN SMITH" a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. He identified himself as the CO-TENANT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | BLACK | 45 | 5'5 | 140 |

**MAILING**  Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

2116 W. 10TH ST.
BROOKLYN, NY 11223

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 26, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE**  Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

* JUDGE

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: October 26, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

JOEL RIOS
License #: 1266905
Invoice #: 448942

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: TARTER, KRINSKY & DROGIN, LLP**

U2 HOME ENTERTAINMENT, INC.

                                                 Plaintiff(s)

- against -

Index # 07 CV 6013 (COTE)

WEI PING YUAN A/K/A WEI PING YUEN, ETAL

Purchased July 24, 2007

                                           Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JOEL RIOS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 22, 2007 at 07:30 PM at

2116 W. 10TH ST.
PRIVATE HOUSE
BROOKLYN, NY 11223

deponent served the within SUMMONS & COMPLAINT & 2 NOTICE OF PENDENCIES; RULE 7.1 STATEMENT; PRETRIAL SCHEDULING ORDER; ORDER OF REFERENCE TO A MAGISTRATE * on SHUEYIN WONG therein named,

**SUITABLE AGE**   by delivering thereat a true copy of each to "JOHN SMITH" a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. He identified himself as the CO-TENANT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | BLACK | 45 | 5'5 | 140 |

**MAILING**   Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

2116 W. 10TH ST.
BROOKLYN, NY 11223

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 26, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE**   Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

* JUDGE

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: October 26, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

JOEL RIOS
License #: 1266905
Invoice #: 448942

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: TARTER, KRINSKY & DROGIN, LLP**

U2 HOME ENTERTAINMENT, INC.

Plaintiff(s)

Index # 07 CV 6013 (COTE)

- against -

Purchased July 24, 2007

WEI PING YUAN A/K/A WEI PING YUEN, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JOEL RIOS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 22, 2007 at 07:30 PM at

2116 W. 10TH ST.
PRIVATE HOUSE
BROOKLYN, NY 11223

deponent served the within SUMMONS & COMPLAINT & 2 NOTICE OF PENDENCIES; RULE 7.1 STATEMENT; PRETRIAL SCHEDULING ORDER; ORDER OF REFERENCE TO A MAGISTRATE * on CHUN HIU LAM therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to "JOHN SMITH" a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. He identified himself as the CO-TENANT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | BLACK | 45 | 5'5 | 140 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

2116 W. 10TH ST.
BROOKLYN, NY 11223

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 26, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

* JUDGE

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: October 26, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

JOEL RIOS
License #: 1266905
Invoice #: 448942

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: TARTER, KRINSKY & DROGIN, LLP**

U2 HOME ENTERTAINMENT, INC.

Plaintiff(s)

Index # 07 CV 6013 (COTE)

- against -

Purchased July 24, 2007

WEI PING YUAN A/K/A WEI PING YUEN, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JOEL RIOS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 22, 2007 at 07:30 PM at

2116 W. 10TH ST.
PRIVATE HOUSE
BROOKLYN, NY 11223

deponent served the within SUMMONS & COMPLAINT & 2 NOTICE OF PENDENCIES; RULE 7.1 STATEMENT; PRETRIAL SCHEDULING ORDER; ORDER OF REFERENCE TO A MAGISTRATE * on CHUN HIU LAM therein named,

**SUITABLE AGE**   by delivering thereat a true copy of each to "JOHN SMITH" a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. He identified himself as the CO-TENANT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | BLACK | 45 | 5'5 | 140 |

**MAILING**   Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

2116 W. 10TH ST.
BROOKLYN, NY 11223

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 26, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE**   Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

* JUDGE

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: October 26, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

JOEL RIOS
License #: 1266905
Invoice #: 448942

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: TARTER, KRINSKY & DROGIN, LLP**

U2 HOME ENTERTAINMENT, INC.

                                                        Plaintiff(s)

                - against -

WEI PING YUAN A/K/A WEI PING YUEN, ETAL

                                                        Defendant(s)

Index # 07 CV 6013 (COTE)

Purchased July 24, 2007

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JOEL RIOS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 22, 2007 at 07:30 PM at

2116 W. 10TH ST.
PRIVATE HOUSE
BROOKLYN, NY 11223

deponent served the within SUMMONS & COMPLAINT & 2 NOTICE OF PENDENCIES; RULE 7.1 STATEMENT; PRETRIAL SCHEDULING ORDER; ORDER OF REFERENCE TO A MAGISTRATE * on CHI TING CHAN therein named,

**SUITABLE AGE**     by delivering thereat a true copy of each to "JOHN SMITH" a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. He identified himself as the CO-TENANT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | BLACK | 45 | 5'5 | 140 |

**MAILING**     Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

2116 W. 10TH ST.
BROOKLYN, NY 11223

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 26, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE**     Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

    * JUDGE

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: October 26, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

JOEL RIOS
License #: 1266905
Invoice #: 448942

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: TARTER, KRINSKY & DROGIN, LLP**

U2 HOME ENTERTAINMENT, INC.

                                              Plaintiff(s)

              - against -

WEI PING YUAN A/K/A WEI PING YUEN, ETAL

                                              Defendant(s)

Index # 07 CV 6013 (COTE)

Purchased July 24, 2007

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

JOEL RIOS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 22, 2007 at 07:30 PM at

2116 W. 10TH ST.
PRIVATE HOUSE
BROOKLYN, NY 11223

deponent served the within SUMMONS & COMPLAINT & 2 NOTICE OF PENDENCIES; RULE 7.1 STATEMENT; PRETRIAL SCHEDULING ORDER; ORDER OF REFERENCE TO A MAGISTRATE * on CHI TING CHAN therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to "JOHN SMITH" a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. He identified himself as the CO-TENANT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | BLACK | 45 | 5'5 | 140 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

2116 W. 10TH ST.
BROOKLYN, NY 11223

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 26, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

* JUDGE

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: October 26, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

JOEL RIOS
License #: 1266905
Invoice #: 448942

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728