UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
U2 HOME ENTERTAINMENT, INC.,          :
                                      :
                 Plaintiff,           :
                                      :          ORDER
            -against-                 :
                                      :    07 Civ. 6013 (DLC)(MHD)
WEI PING YUAN, a.k.a. WEI PING        :
YUEN, et. al.,                        :
                                      :
                 Defendants.          :
                                      :
-------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


     A pre-trial conference having been held with counsel for the

respective parties on November 14, 2007,


     It is hereby **ORDERED** as follows:


     1. All discovery is to be completed by February 16, 2008.


     2. The parties are to submit a joint pre-trial order by

March 1, 2008, unless a potentially dispositive motion has been

served by that date.


**DATED:**  New York, New York
        November 15, 2007

SO ORDERED.

_____

**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**


Copies of the foregoing Order have been sent this date to:

Edward Richard Finkelstein , Esq.
Tarter Krinsky & Drogin LLP
470 Park Avenue South, 14th Floor
New York, NY 10016

Richard A. Klass, Esq.
16 Court Street, 29th Floor
New York, NY 11241

Richard S. Goldberg, Esq.
Goldberg & Cohn LLP
16 Court Street, Suite 2304
Brooklyn, NY 11241

D. Michael Roberts
Sanders, Gutman & Brodie, P.C.
26 Court St.
Brooklyn NY 11242