UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
U2 HOME ENTERTAINMENT, INC.,
                                    :
              Plaintiff,                    ORDER
                                    :
         -against-                      07 Civ. 6013 (DLC)(MHD)
                                    :
WEI PING YUAN, a.k.a. WEI PING
YUEN et al.,                        :

              Defendants.           :
------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


        This court having issued a scheduling order on November 15,

2007 setting the deadline for pre-trial discovery at February 16,

2008, and the deadline for submission of a joint pre-trial order at

March 1, 2008, and the parties having neither submitted a joint

pre-trial order nor filed a potentially dispositive motion,


        It is hereby Ordered as follows:


        1. By March 10, 2008 plaintiff is provide a written status

report to the court and is to explain why it has failed to comply

with the current scheduling order and why the complaint should not

be dismissed for failure to prosecute.


        2. Defendants may provide a written response by no later than

March 13, 2008.

Dated: New York, New York
       March 4, 2008


_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE



Copies of the foregoing Order have been mailed today to:

Edward Richard Finkelstein, Esq.
Tarter Krinsky & Drogin LLP
470 Park Avenue South
14th Floor
New York, New York 10016

Richard A. Klasse, esq.
16 Court Street
29th Floor
Brooklyn, New York 11241

Richard S. Goldberg, Esq.
Goldberg & Cohn LLP
16 Court Street
Suite 2304
Brooklyn, New York 11241

D. Michael Roberts, Esq.
Sanders, Gutman & Brodie, P.C.
26 Court Street
Brooklyn, New York 11242