



March 4, 2008

**BY FEDERAL EXPRESS**

Hon. Denise Cote
United States District Judge
United States District Court
Southern District of New York
Courthouse Mailroom, 8th Floor
500 Pearl Street
New York, New York 10007-1312

    Re:   U2 Home Entertainment, Inc. v. Yuan, et al.
           **07 CV 6013 (DLC) (MHD)**

Dear Judge Cote:

    We represent plaintiff U2 Home Entertainment, Inc. in the above-referenced matter. We write to request an extension of the deadlines contained in the November 15, 2007 order by Magistrate Judge Dollinger as follows: close of discovery to May 2, 2008 and joint pretrial order and/or service of a potentially dispositive motion on or before May 17, 2008. This is the first request for any adjournment in this case. Per the attached stipulation, all appearing parties have consented to the extension. Thank you for your consideration in this matter

Respectfully submitted,

Edward R. Finkelstein

Encl.

cc:  Richard A. Klass, Esq. (By E-mail and First Class Mail)
      D. Michael Roberts, Esq. (By E-mail and First Class Mail)
      Steven Cohn, Esq. (By E-mail and First Class Mail)

ENDORSED ORDER
Application denied. See Order dated March 7, 2008.

[signature] 3/6/08

NEW YORK OFFICE
1350 BROADWAY
NEW YORK NY 10018
TEL 212 216 8000
FAX 212 216 8001

NEW JERSEY OFFICE
475 WALL STREET
PRINCETON NJ 08540
TEL 609 683 9494
FAX 609 683 7490

MAIL@TARTERKRINSKY.COM
WWW.TARTERKRINSKY.COM

{Client\002237\L730\00122956.DOC;1}00122956