

**TARTER KRINSKY & DROGIN LLP**
ATTORNEYS AT LAW

ENDORSED ORDER

The deadline for submission of a joint pretrial order (absent a potentially dispositive motion) is extended to March 27, 2008.

[signature] /MHD/
3/10/08

March 10, 2008

BY TELECOPIER (212-805-7928)

Hon. Michael H. Dolinger
United States District Court Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street – Room 1670
New York, New York 10007-1312

Re: **U2 Home Entertainment, Inc. v. Yuan, et al.**
**07 CV 6013 (DLC) (MHD)**

Dear Judge Dolinger:

    We represent plaintiff U2 Home Entertainment, Inc. in the above-referenced matter. Pursuant to Your Honor's March 4, 2008 and March 6, 2008 orders, we write to provide a written status report and request a brief extension of the date for submission of a joint pre-trial order and/or or service of dispositive motions.

    In the November 15, 2007 scheduling order, the Court set a March 1, 2008 deadline for the submission of a joint pre-trial order or service of a dispositive motion. Due to an inadvertent oversight, we did not make an application for an extension prior to that date. Immediately upon discovering our oversight, counsel for plaintiff contacted counsel for all of the defendants who have appeared in the action -- Wei Ping Yuan, Hung Mui Yuen, Yee Mui Lee and Republic Federal Bank -- and they all consented to an extended schedule which we thereafter submitted to the Court in the form of a stipulation. No disrespect was intended to the Court, and no prejudice to any party has resulted.

    There has been no failure to prosecute the action. Plaintiff has used the time since the entry of the November 15, 2007 scheduling order in a constructive and efficient manner. The appearing parties have been engaged in settlement discussions, which we expect will be ongoing. Plaintiff has also determined that no discovery is required and that the case is ripe for summary adjudication.[1]

---

[1] Indeed, no party has pursued discovery as, presumably, all the parties have reached the same conclusion that summary adjudication on the current record is appropriate.

NEW YORK OFFICE:
1350 BROADWAY
NEW YORK, NY 10018
TEL: 212.216.8000
FAX: 212.216.8001

NEW JERSEY OFFICE:
475 WALL STREET
PRINCETON, NJ 08540
TEL: 609.683.9494
FAX: 609.683.7490

MAIL@TARTERKRINSKY.COM
WWW.TARTERKRINSKY.COM

{Client\002237\L730\00123656.DOC;1}

Magistrate Judge Michael H. Dolinger
March 10, 2008
Page 2

    Finally, that Plaintiff did not seek an extension or serve dispositive motions in accordance with the November 15, 2007 scheduling order was due to an advertent oversight. We discovered the oversight within mere days of its occurrence and promptly acted in good faith to inform the other parties of the same. The other parties were not prejudiced and had previously consented to an extension of the deadlines. It is respectfully submitted that under these circumstances, Plaintiff's oversight should be deemed excusable. See Fed. R. Civ. P. 6(b). See also Raymond v. Int'l Bus. Mach. Corp., 148 F.3d 63, 67 (2d Cir. 1998); ADL, LLC v. Tirakian, 2008 WL 510399 (E.D.N.Y., Feb 22, 2008).

    Accordingly, we request a modest extension, to March 27, 2008, of the date by which a joint pre-trial order must be submitted or a dispositive motion served. This extension will give counsel sufficient time to prepare dispositive motions and to further pursue settlement discussions. This is a renewal of the first request for any adjournment in this case.

    We regret any inconvenience caused to the Court. Thank you for your consideration in this matter

Respectfully submitted,

Edward R. Finkelstein

cc: Richard A. Klass, Esq. (By Fax 718-643-9788)
    D. Michael Roberts, Esq. (By Fax 718-522-1121)
    Steven Cohn, Esq. (By Fax 718-858-2101)

00123656