UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
U2 HOME ENTERTAINMENT, INC.,                             Case No. 07-CV-6013 (DLC) (MHD)

                   Plaintiff,                              **REQUEST FOR**
                                                     **ENTRY OF DEFAULT**

        - vs. -

WEI PING YUAN a/k/a WEI PING YUEN, HUNG
MUI YUEN a/k/a HUNG MUI YUAN, YEE MUI
LEE, SHUEMAN WONG, CHUN HIU LAM, CHI
TING CHAN, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. and THE
HEMISPHERE NATIONAL BANK n/k/a
REPUBLIC FEDERAL BANK,

                   Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

TO:    The Clerk of the Court

     Upon the Affidavit of D. MICHAEL ROBERTS, duly sworn to on March 14, 2008, a copy of which is annexed hereto, defendant THE HEMISPHERE NATIONAL BANK n/k/a REPUBLIC FEDERAL BANK hereby requests that the Clerk, pursuant to FRCP 55(a) and Local Civil Rule 55.1, enter the default of plaintiff U2 HOME ENTERTAINMENT, INC. with respect to the Counterclaim of defendant THE HEMISPHERE NATIONAL BANK n/k/a REPUBLIC FEDERAL BANK, which was contained in the Answer of defendant THE HEMISPHERE NATIONAL BANK n/k/a REPUBLIC FEDERAL BANK served and filed with this Court on November 9, 2007, and issue a Certificate of Default.

Dated: March 14, 2008

                                          Respectfully submitted,

                                          s/ DMR_____
                                          Robert Gutman (RG-6209)
                                          D. Michael Roberts (DR-5243)
                                          SANDERS, GUTMAN & BRODIE, P.C.
                                          Attorneys for Defendant THE
                                                  HEMISPHERE NATIONAL BANK
                                                    n/k/a REPUBLIC FEDERAL BANK
                                          26 Court Street, Suite 1005
                                          Brooklyn, New York  11242
                                          Tel. (718) 522-0666