UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

U2 HOME ENTERTAINMENT, INC.,

Plaintiff,

- vs. -

WEI PING YUAN a/k/a WEI PING YUEN, HUNG
MUI YUEN a/k/a HUNG MUI YUAN, YEE MUI
LEE, SHUEMAN WONG, CHUN HIU LAM, CHI
TING CHAN, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. and THE
HEMISPHERE NATIONAL BANK n/k/a
REPUBLIC FEDERAL BANK,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Case No. 07-CV-6013 (DLC) (MHD)

**AFFIDAVIT**

STATE OF NEW YORK    )
                     )ss:
COUNTY OF KINGS      )

D. MICHAEL ROBERTS, being duly sworn, deposes and says:

1.      I am a member of the Bar of this Court and am associated with the firm of

SANDERS, GUTMAN & BRODIE, P.C., attorneys for defendant THE HEMISPHERE

NATIONAL BANK n/k/a REPUBLIC FEDERAL BANK in the above-captioned action.

I am familiar with all the facts and circumstances in this action.

2.      I make this Affidavit, as required by Local Civil Rule 55.1, in support of

the request by defendant THE HEMISPHERE NATIONAL BANK n/k/a REPUBLIC

FEDERAL BANK for a certificate of the default by plaintiff U2 HOME

ENTERTAINMENT, INC. on the Counterclaim of defendant THE HEMISPHERE

NATIONAL BANK n/k/a REPUBLIC FEDERAL BANK, which was contained in the

1

Answer of defendant THE HEMISPHERE NATIONAL BANK n/k/a REPUBLIC FEDERAL BANK.

3.     On November 9, 2007, I served the Answer containing the Counterclaim against plaintiff U2 HOME ENTERTAINMENT, INC. on the law firm of TARTER KRINSKY & DROGIN LLP, the attorneys of record for plaintiff, by sending a copy to their offices via regular First Class mail, pursuant to FRCP 5(b).  On the same date, I electronically filed the Answer containing the Counterclaim with the Court, along with a Certificate of Service.

4.     Paragraph 4 of plaintiff's Complaint states that plaintiff is a California corporation having its principal place of business in San Francisco, California.  As plaintiff is a corporation, and not a natural person, it is not an infant, in the military, or an incompetent person.

5.     As set forth in Paragraph Twenty-Second of the Answer of defendant THE HEMISPHERE NATIONAL BANK n/k/a REPUBLIC FEDERAL BANK, said defendant's Counterclaim is within the supplemental jurisdiction of this Court under 28 U.S.C. § 1367(a) because it is a compulsory counterclaim arising from the same transaction or occurrence as the claims alleged in the Complaint of plaintiff.

6.     Plaintiff U2 HOME ENTERTAINMENT, INC. has failed to answer the Counterclaim of defendant THE HEMISPHERE NATIONAL BANK n/k/a REPUBLIC FEDERAL BANK, and the time to do so has expired.

7.     The Clerk of this Court should therefore enter the default of plaintiff with respect to the Counterclaim of defendant THE HEMISPHERE NATIONAL BANK n/k/a REPUBLIC FEDERAL BANK, pursuant to FRCP 55(a).

2

WHEREFORE defendant THE HEMISPHERE NATIONAL BANK n/k/a REPUBLIC FEDERAL BANK respectfully request entry of the default by plaintiff U2 HOME ENTERTAINMENT, INC. with respect to the Counterclaim contained in the Answer of defendant THE HEMISPHERE NATIONAL BANK n/k/a REPUBLIC FEDERAL BANK.

D. MICHAEL ROBERTS (DR-5243)

Sworn to and subscribed before me
this 14th day of March 2008

_____
NOTARY PUBLIC

JORDAN BRODIE
Notary Public, State Of New York
No. 02BR4950142
Qualified In Kings County
Commission Expires 4/24/2011

3