UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

U2 HOME ENTERTAINMENT, INC.,                           Case No. 07-CV-6013 (DLC) (MHD)

                        Plaintiff,                     **CLERK'S CERTIFICATE**

            - vs. -

WEI PING YUAN a/k/a WEI PING YUEN, HUNG
MUI YUEN a/k/a HUNG MUI YUAN, YEE MUI
LEE, SHUEMAN WONG, CHUN HIU LAM, CHI
TING CHAN, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. and THE
HEMISPHERE NATIONAL BANK n/k/a
REPUBLIC FEDERAL BANK,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      I, J. MICHAEL McMAHON, Clerk of the United States District Court for the

Southern District of New York, do hereby certify that the defendant THE HEMISPHERE

NATIONAL BANK n/k/a REPUBLIC FEDERAL BANK filed an Answer containing a

Counterclaim against plaintiff U2 HOME ENTERTAINMENT, INC. on November 9,

2007, that a copy of the Answer containing the Counterclaim was served on plaintiff by

service upon the attorneys of record for plaintiff, TARTER KRINSKY & DROGIN LLP,

by sending a copy of the Answer containing the Counterclaim to their offices by regular

First Class Mail, and proof of such service was filed on November 9, 2007.

      I further certify that the docket entries indicate that the plaintiff has not filed an

answer or otherwise moved with respect to the Counterclaim of THE HEMISPHERE

NATIONAL BANK n/k/a REPUBLIC FEDERAL BANK.  The default of the plaintiff is

hereby noted.

Dated: New York, New York
       March _____ , 2008

J. MICHAEL McMAHON
Clerk of the Court

By: _____
Deputy Clerk
