# TARTER KRINSKY & DROGIN LLP
## ATTORNEYS AT LAW

ENDORSED
ORDER

The deadline for motions
on a proposed pretrial order
is extended, one more time,
to April 8, 2008.

[signature]
3/24/08

March 21, 2008

BY TELECOPIER (212-805-7928)

Hon. Michael H. Dolinger
United States District Court Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street – Room 1670
New York, New York 10007-1312

    Re:    **U2 Home Entertainment, Inc. v. Yuan, et al.**
           **07 CV 6013 (DLC) (MHD)**

Dear Judge Dolinger:

    We represent plaintiff U2 Home Entertainment, Inc. in the above-referenced matter. Your Honor very recently granted our request (under letter dated March 10, 2008) for an extension of the date for submission of a joint pre-trial order and/or service of dispositive motions to March 27, 2008. Unfortunately, in the interim, I have been (and remain) out of the office for an extended period of time due to a severe illness. I am hopeful that I will be able to return to work early next week. Under the circumstances, I would request a further modest extension of the deadline to Tuesday April 8, 2008. This extension will give counsel sufficient time to prepare dispositive motions and to further pursue settlement discussions.

    We regret any inconvenience caused to the Court. Thank you for your consideration in this matter

Respectfully submitted,

[signature] Edward R. Finkelstein /km

Edward R. Finkelstein

ERF/km

cc:  Richard A. Klass, Esq. (By Fax 718-643-9788)
      D. Michael Roberts, Esq. (By Fax 718-522-1121)
      Steven Cohn, Esq. (By Fax 718-858-2101)

{Client\002237\L730\00126108.DOC;1}

NEW YORK OFFICE:
1350 BROADWAY
NEW YORK, NY 10018
TEL: 212.216.8000
FAX: 212.216.8001

NEW JERSEY OFFICE:
475 WALL STREET
PRINCETON, NJ 08540
TEL: 609.683.9494
FAX: 609.683.7490

MAIL@TARTERKRINSKY.COM
WWW.TARTERKRINSKY.COM