

# TARTER KRINSKY & DROGIN LLP
ATTORNEYS AT LAW



APR - 9 2008



4/10/08

April 9, 2008

By Telecopier (212-805-7928)

Hon. Michael H. Dolinger
United States District Court Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street – Room 1670
New York, New York 10007-1312

Re: **U2 Home Entertainment, Inc. v. Yuan, et al.
07 CV 6013 (DLC) (MHD)**

Dear Judge Dolinger:

We represent plaintiff U2 Home Entertainment, Inc. in the above-referenced matter. Late yesterday afternoon, Your Honor signed an order to show cause in connection with our motion for a default judgment against defendants Shueman Wong, Shueyin Wong, Chun Hiu Lam, Chi Ting Chan (the other defendants have appeared and answered). The order to show cause directed personal service upon the defaulted defendants by 12:00 p.m today. We are advised that our process server attempted to serve the defaulted defendants at their residences (the only addresses which we have for them). We are further advised that neither the defendants nor a person of suitable age and discretion were present. Consequently, we understand that the process server affixed copies of the order to show cause on the residence doors and mailed copies of the same addressed to the defendants. In light of the foregoing, we wanted to know whether the service would suffice.

Thank you for your time and consideration and in this matter.

Respectfully submitted,

Edward R. Finkelstein

ERF/km

{Client\002237\L730\00129130.DOC;1}   4/9/08

NEW YORK OFFICE
1350 BROADWAY
NEW YORK, NY 10018
TEL: 212. 216. 8000
FAX: 212. 216. 8001

NEW JERSEY OFFICE
475 WALL STREET
PRINCETON, NJ 08540
TEL: 609. 683. 9494
FAX: 609. 683. 7490

MAIL@TARTERKRINSKY.COM
WWW.TARTERKRINSKY.COM

ENDORSED ORDER

The service noted does not comply with the order to show cause signed by plaintiff and signed by the court.

TOTAL P.002