UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
U2 HOME ENTERTAINMENT, INC.,        :
                                    :
              Plaintiff,            :      **ORDER**
                                    :
      -against-                     :      07 Civ. 6013 (DLC)(MHD)
                                    :
WEI PING YUAN, a.k.a. WEI PING      :
YUEN, et. al.,                      :
                                    :
              Defendants.           :
                                    :
------------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that the hearing scheduled in the above-captioned action on **THURSDAY, APRIL 17, 2008 at 10:00 AM** has been moved to Courtroom 11C, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:  New York, New York
        April 11, 2008

                                    SO ORDERED.

                                    _____
                                    MICHAEL H. DOLINGER
                                    UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Edward Richard Finkelstein , Esq.
Tarter Krinsky & Drogin LLP
470 Park Avenue South, 14th Floor
New York, NY 10016

Richard A. Klass, Esq.
16 Court Street, 29th Floor
New York, NY 11241

Steven Cohn, Esq.
Goldberg & Cohn LLP
16 Court Street, Suite 2304
Brooklyn, NY 11241

D. Michael Roberts, Esq.
Sanders, Gutman & Brodie, P.C.
26 Court Street
Brooklyn, NY 11242