USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                                           :
U2 HOME ENTERTAINMENT, INC.,        :
                   Plaintiff,     :
                                                           :     07 Civ. 6013 (DLC)
                  -v-                           :
                                                            :       <u>ORDER OF</u>
WEI PING YUAN, a.k.a. WEI PING YUEN, ET  :    <u>DISCONTINUANCE</u>
AL.,                                              :
                   Defendants.    :
                                                            :
-----------------------------------------X

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action be, and hereby is, discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

    SO ORDERED:

Dated:    New York, New York
           June 2, 2008

                                          _____
                                                     DENISE COTE
                                        United States District Judge