

**TARTER KRINSKY & DROGIN** LLP
ATTORNEYS AT LAW



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08



RECEIVED
JUN 11 2008
CHAMBERS OF
DENISE COTE

June 10, 2008

**By Federal Express**

Hon. Denise Cote
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street – Room 1040
New York, New York 10007-1312



MEMO ENDORSED

      Re:   U2 Home Entertainment, Inc. v. Yuan, et al.
             **07 CV 6013 (DLC) (MHD)**

Dear Judge Cote:

    We represent plaintiff U2 Home Entertainment, Inc. As noted in Your Honor's June 2, 2008 order (the "Order"; copy enclosed), the parties have agreed to settle the above-referenced matter. However, some details of the settlement remain to be finalized. We believe that the process should be completed by the middle of July. In order to allow for the completion of the process and to avoid potential problems, we respectfully request modification of the Order to provide that an application to restore the action may be made within sixty (60) days after the date of the Order.

Thank you for your time and consideration and in this matter.

                                              Respectfully submitted,

                                              Edward R. Finkelstein

ERF/km
Enclosure
cc:   Richard A. Klass, Esq. (By Fax (718) 643-9788)
       D. Michael Roberts, Esq. (By Fax (718) 522-1121)
       Steven Cohn, Esq. (By Fax (718) 858-2101)

*Handwritten endorsement:* The June 2 Order is extended to July 25. There shall be no further extension.
                Denise Cote
                June 11, 2008

NEW YORK OFFICE
1350 BROADWAY
NEW YORK, NY 10018
TEL: 212. 216. 8000
FAX: 212. 216. 8001

NEW JERSEY OFFICE
475 WALL STREET
PRINCETON, NJ 08540
TEL: 609. 683. 9494
FAX: 609. 683. 7490

MAIL@TARTERKRINSKY.COM
WWW.TARTERKRINSKY.COM

{Client\002237\L730\00138411.DOC;1}